UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| ROJIN MAJD ZARRINGHALAM,<br><br>Plaintiff,<br><br>v.<br><br>ANTONY J. BLINKEN, et al.,<br><br>Defendants. | Case No. 3:24-cv-06855-WHO<br><br>**ORDER ON JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Honorable William H. Orrick<br>United States District Judge |

Having read and considered the Joint Stipulation to Extend Time for Defendants to Respond to Plaintiffs' Complaint submitted by the parties, and finding good cause therefor,

IT IS HEREBY ORDERED that Defendants' deadline to answer, move, or otherwise respond to the Complaint is extended to January 3, 2025.

DATED: December 17, 2024

_____
Honorable William H. Orrick
United States District Judge

1