BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
NANCY K. CANTER (CA Bar No. 263198)
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Phone: (202) 305-7234
Email: Nancy.K.Canter@usdoj.gov
Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ROJIN MAJD ZARRINGHALAM,<br><br>    Plaintiff,<br><br>v.<br><br>ANTONY J. BLINKEN, et al.,<br><br>    Defendants. | Case No. 3:24-cv-06855-WHO<br><br>**NOTICE OF MOOTNESS OF ACTION** |

TO THE COURT AND PLAINTIFF:

Please take notice that this action is moot because Plaintiff has received the relief sought in the Complaint. The Department of State adjudicated Plaintiff's visa application on or about December 18, 2024. Undersigned counsel has informed Plaintiff of the visa issuance and dismissal has been requested of Plaintiff by Defendants. On December 31, 2024, Plaintiff acknowledged, via email, that the "matter has been resolved" and "agree[d] to voluntarily dismiss the case."

Respectfully submitted,

Dated:   January 2, 2025

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

 /s/ NANCY K. CANTER
NANCY K. CANTER
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

U.S. Department of Justice

Attorneys for Defendans