1  BRIAN M. BOYNTON
   Principal Deputy Assistant Attorney General
2  NANCY K. CANTER (CA Bar No. 263198)
   Senior Litigation Counsel
3  Office of Immigration Litigation
   Civil Division
4  U.S. Department of Justice
   P.O. Box 878, Ben Franklin Station
5  Washington, DC 20044
   Phone: (202) 305-7234
6  Email: Nancy.K.Canter@usdoj.gov
   Attorneys for Defendants

7

8                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
                      SAN FRANCISCO DIVISION
9

10  ROJIN MAJD ZARRINGHALAM,
                                          Case No. 3:24-cv-06855-WHO
             Plaintiff,
11

12       v.                               **PARTIES' STIPULATION TO DISMISS**

13  ANTONY J. BLINKEN, et al.,

             Defendants.
14

15       Plaintiff, proceeding *pro se*, and Defendants, through their attorneys, hereby stipulate to

16  dismissal of the above-entitled action without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each

17  of the parties shall bear their own costs and fees.

18                                        Respectfully submitted,

19  Dated: January 3, 2025               BRIAN M. BOYNTON
                                         Principal Deputy Assistant Attorney General
20                                       Civil Division

21                                        /s/ NANCY K. CANTER
22                                       NANCY K. CANTER
                                         Senior Litigation Counsel
23                                       Office of Immigration Litigation
                                         Civil Division
24                                       U.S. Department of Justice

25                                       Attorneys for Defendans

26                                       /s/ Rojin Zarringhalam
    Dated: January 3. 2025
27                                       ROJIN MAJD ZARRINGHALAM
                                         *Pro Se*

28

1

\*I attest that Plaintiff concurs in this filing's content and has authorized its filing via email dated January 2, 2025.

2

3

Date:  January 3, 2025

/s/ NANCY K. CANTER

4

NANCY K. CANTER

5

Civil Division

Office of Immigration Litigation

6

U.S. Department of Justice

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Parties' Stipulation to Dismiss
Case No. 3:24-cv-06855-WHO                    2