UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROJIN MAJD ZARRINGHALAM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY J. BLINKEN, et al.,<br><br>　　　　　Defendants. | Case No. 24-cv-06855-WHO<br><br>**ORDER OF DISMISSAL** |

The defendants, by their counsel, have represented to the court that plaintiff's visa application has been adjudicated and that plaintiff agrees to voluntarily dismiss the matter. In light of that,

**IT IS ORDERED** that the case be dismissed with prejudice. If either party certifies to the court within **thirty** days that said settlement has not been reached, this Order shall be vacated and the case restored to the active trial calendar.

Dated: January 6, 2025



WILLIAM H. ORRICK
United States District Judge